**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | ) ) ) | **MDL No. 1699** **District Judge: Charles R. Breyer** |
| **This document relates to: Barbara Ann Griffith, Individually** **Plaintiffs** **v.** **PFIZER INC., PHARMACIA CORP., And G. D. SEARLE & CO.** | ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.: 3:~~07~~ 06-cv-05577-CRB** **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiff and Defendants, by and through their undersigned attorneys, pursuant to the Federal Rule of Civil Procedure, Rule 41, and hereby stipulate to dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Respectfully submitted this the 9 day of September, 2009

///
///
///
///
///

Defendants
By: /s/
Stuart B. Gordon, Esq.
Matt Holian, Esq.
DLA Piper LLP (USA)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4846 (office)
(212) 884-8675 (facsimile)
Attorney for the Defendants

Plaintiff
By:
B. Kristian W. Rasmussen, Esq.
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896 (facsimile)

Attorney for the Plaintiff

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 30th day of September, 2009, in San Francisco, California.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esq.
Matt Holian, Esq.